**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-00081-HDM-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |
| v. | |
| KYLE HOWE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for KYLE HOWE and Acting Attorney General TODD BLANCHE, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for April 14, 2026, at 11:00 AM, be vacated and continued to **October 7, 2026, at 11:00 AM**.

This Stipulation is entered into for the following reasons:

1.　The parties are seeking a continuance pending resolution of two state charges that form the basis of one of the alleged violations of supervised release

2.　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

3.    Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

4.    The defendant is detained and consents to the continuance.

5.    The parties agree to the continuance.

6.    This is the second request for a continuance.

DATED April 8, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By /s/ Allie Wilson
    ALLIE WILSON
    Assistant Federal Public Defender
    Counsel for KYLE HOWE

By /s/ Andrew Keenan
    ANDREW KEENAN
    Assistant United States Attorney
    Counsel for the Government

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

KYLE HOWE,

        Defendant.

Case No. 3:16-cr-00081-HDM-CSD

**ORDER**

   **IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for April 14, 2026, at 11:00 AM, be vacated and continued to **October 7, 2026 at 11:00 AM** in Reno Courtroom 4 before District Judge Howard D. McKibben. **IT IS SO ORDERED.** DATED this 9th day of April, 2026.

_Howard D. McKibben_
_____
UNITED STATES DISTRICT JUDGE

3