TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE HOWE,<br><br>Defendant. | Case No. 3:16-cr-81-HDM-CSD<br><br>**Notice of Appearance** |

The Government hereby notifies the Court that Assistant United States Attorney Richard Anthony Lopez has been assigned as counsel in the above-captioned case.

Respectfully submitted this 12th day of June, 2026.

TODD BLANCHE
Acting Attorney General

*s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney