TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
dan.schiess@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KYLE HOWE,<br>Defendant. | Case No.: 3:16-cr-00081-HDM-CSD<br><br>**NOTICE OF APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that DANIEL R. SCHIESS, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this 30th day of September 2026.

Respectfully Submitted,

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED**: September 30, 2026.

/s/ *Daniel R. Schiess*

DANIEL R. SCHIESS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America